IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| QUALITY INFUSION CARE, INC., | § | Bankruptcy Case No. 10-36675 |
| | § | |
| Debtor. | § | |
| RANDY W. WILLIAMS | § | |
| CHAPTER 7 TRUSTEE , | § | |
| | § | |
| Plaintiff, | § | Civil Case No. H-13-0421 |
| | § | |
| vs. | § | Adversary No. 12-3341 |
| | § | |
| PATRICIA D. SALVATO, M.D. and | § | |
| DIVERSIFIED MEDICAL PRACTICE, P.A., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION FOR WITHDRAWAL OF THE REFERENCE
BY PATRICIA D. SALVATO M.D. AND SEQUOIA COAST, INC.**

The motion for withdrawal of the reference by Patricia D. Salvato, M.D. and Diversified Medical Practice P.A. is granted. The reference is withdrawn. The claims against Patricia D. Salvato, M.D. and Diversified Medical Practice P.A. in the adversary proceeding will be resolved in the United States District Court for the Southern District of Texas.

SIGNED on March 5, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge