IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| QUALITY INFUSION CARE, INC., | § | Bankruptcy Case No. 10-36675 |
| | § | |
| Debtor. | § | |
| | | |
| RANDY W. WILLIAMS | § | |
| CHAPTER 7 TRUSTEE, | § | |
| | § | |
| Plaintiff, | § | Civil Case No. H-13-0421 |
| | § | |
| vs. | § | Adversary No. 12-3341 |
| | § | |
| PATRICIA D. SALVATO, M.D. and | § | |
| DIVERSIFIED MEDICAL PRACTICE, P.A., | § | |
| | § | |
| Defendants. | § | |

**ORDER DISMISSING DEFENDANT's MOTIONS FOR SUMMARY JUDGMENT**

The court dismisses as moot Diversified Medical Practice's Motion and Corrected Motions for Summary Judgment, Docket Entry Nos. 17, 18, &19, in light of the Trustee's Second Amended Complaint, Docket Entry No. 22, which removes the transfers that were the subject of Diversified Medical's motions for partial summary judgment.

SIGNED on September 19, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge